UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSE BASA MARTINEZ, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No.  3:19-cv-1037-GCS |
| ) | |
| COMMISSIONER of SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. | |

### ORDER for ATTORNEY'S FEES

**SISON, Magistrate Judge:**

This matter is before the Court on Plaintiff's Petition to Award Attorney Fees Pursuant to The Equal Access to Justice Act ("EAJA"). (Doc. 27). Defendant has responded that he has no objection. (Doc. 31).

Plaintiff asks for an award of attorney's fees in the amount of $5,404.00. The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the EAJA, 28 U.S.C. § 2412(d)(1)(B). The Court further finds that the agreed upon amount is reasonable and appropriate. This award shall fully and completely satisfy any and all claims for fees and expenses that may have been payable to Plaintiff in this matter pursuant to the EAJA, 28 U.S.C. § 2412. Plaintiff has filed a Bill of Costs at Doc. 30 which will be handled separately.

Plaintiff's Petition **(Doc. 27)** is **GRANTED**. The Court awards Plaintiff attorney's fees in the amount of $5,404.00 (five thousand, four hundred and four dollars).

The amount awarded is payable to Plaintiff and is subject to set-off for any debt owed by Plaintiff to the United States, per *Astrue v. Ratliff*, 560 U.S. 586 (2010). *See also Harrington v. Berryhill*, 906 F.3d 561, 564 (7th Cir. 2018)(stating that an award is "subject to offset where the litigant has relevant federal debts."). However, any part of the award that is not subject to set-off to pay Plaintiff's pre-existing debt to the United States shall be made payable to Plaintiff's attorney pursuant to the EAJA assignment executed by Plaintiff and attached to Doc. 27.

**IT IS SO ORDERED.**

**DATE:   June 24, 2020.**

Digitally signed by Judge Sison
Date: 2020.06.24
12:25:53 -05'00'

_____
**GILBERT C. SISON**
**United States Magistrate Judge**